# SCHOOL DISTRICTS CA

ABC UNIFIED SCHOOL DISTRICT

ACADEMIA SEMILLAS DEL PUEBLO
ACALANES UNION HIGH SCHOOL DISTRICT

ACTON-AGUA DULCE UNIFIED SCHOOL DISTRICT
ADELANTO SCHOOL DISTRICT

AIM HIGH SCHOOLS
ALAMEDA COUNTY OFFICE OF ED

ALAMEDA UNIFIED SCHOOL DISTRICT
ALBANY UNIFIED SCHOOL DISTRICT

ALDAR ACADEMY
ALHAMBRA UNIFIED SCHOOL DISTRICT

ALISAL UNIOIN SCHOOL DISTRICT
ALLENSWORTH ELEMENTARY SCHOOL

ALPAUGH UNIFIED SCHOOL DISTRICT
ALTA LOMA SCHOOL DISTRICT

ALTA VISTA ELEMENTARY SCHOOL
ALTA-DUTCH FLAT UNION SCHOOL DISTRICT

ALUM ROCK UNION ELEMENTARY SCHOOL DISTRICT
ALVIEW-DAIRYLAND UNION SCHOOL DISTRICT

ALVINA ELEMENTARY SCHOOL DISTRICT
ALVORD UNIFIED SCHOOL DISTRICT

AMERICAN UNION SCHOOL DIST
ANDERSON UNION HS SCH-6

ANTELOPE SCHOOL DISTRICT
ANTELOPE VALLEY JOINT UNION HIGH SCHOOL DISTRICT

ANTIOCH UNIFIED SCHOOL DISTRICT
ARCADIA USD

ARCOHE UNION SCHOOL DISTRICT
ARISE HIGH SCHOOL

AROMAS / SAN JUAN UNIFIED
ARROYO SECO PTA


PLAINTIFF'S EXHIBIT 7

ARVIN UNION SCHOOL DISTRICT
ASPIRE PUBLIC SCHOOLS

ATASCADERO UNIFIED SCHOOL DISTRICT
ATWATER ELEMENTARY SCHOOL DISTRICT

AUBURN RECREATION DISTRICT
AUBURN UNION SCHOOL DISTRICT

AVESON CHARTER SCHOOL
BAIS CHAYA MUSHKA SCHOOL

BAKERSFIELD CHRISTIAN HIGH SCHOOL
BAKERSFIELD CITY SCHOOL DISTRICT

BALDWIN PARK UNIFIED SCHOOL DISTRICT
BALDY VIEW REGIONAL

BANGOR USD-12
BANNING UNIFIED SCHOOL DISTRICT

BAPTIST CHRISTIAN
BARSTOW CHRISTIAN SCHOOL

BARSTOW UNIFIED SCHOOL DISTRICT
BASS LAKE JOINT UNION ELEM. SCHOOL DISTRICT

BASSETT UNIFIED SCHOOL DISTRICT
BAY ARE TECHNOLOGY SCHOOL

BEAR VALLEY U S D
BEAR VALLEY UNIFIED SCHOOL DISTRICT

BEARDSLEY SCHOOL DISTRICT
BEARDSLEY SCHOOL DISTRICT

BEAUMONT UNIFIED SCHOOL DISTRICT
BELLA VISTA ELEM-6

BELLFLOWER UNIFIED SCHOOL DISTRICT
BERKELEY MONTESSORI SCHOOL

BERKELEY UNIFIED SCHOOL DISTRICT
BERRYESSA UNION SCHOOL DISTRICT

BERT CORONA CHARTER SCHOOL
BEVERLY HILLS UNIFIED SCHOOL DISTRICT

BIG VALLEY JT USD-7

2

BIGGS USD-12

BISHOP MORA SALESIAN HIGH SCHOOL
BISHOP QUINN HIGH SCHOOL

BLOOMINGTON CHRISTIAN SCHOOL
BOLINAS SCHL 23

BONITA UNIFIED SCHOOL DISTRICT
BONNY DOON SCHOOL

BORREGO SPRINGS UNIFIED SCHOOL DISTRICT
BRANDEIS HILLEL DAY SCHOOL

BRAWLEY ELEMENTARY SCHOOL DISTRICT
BRAWLEY UNION HIGH SCHOOL DISTRICT

BRENTWOOD UNION SCHOOL DISTRICT
BRETHREN IN CHRIST CHURCH

BRISBANE SCHOOL DISTRICT
BRITTAN SD-16

BROOKFIELD SCHOOL
BROWNS ELEMENTARY SCHOOL DISTRICT

BURBANK UNIFIED SCHOOL DISTRICT
BURLINGAME SCHOOL DISTRICT

BURTON SCHOOL DISTRICT
BUTTE COUNTY OFFICE OF EDUCATION

CABRILLO UNIFIED SCHOOL DISTRICT
CAFRS

CAJON VALLEY UNION SCHOOL DISTRICT
CALAVERAS COUNTY OFFICE OF EDUCATION

CALEXICO UNIFIES SCHOOL DISTRICT
CALIENTE UNION SCHOOL DISTRICT

CALIFORNIA SCHOOL BOARDS ASSOCIATION
CALVARY CHAPEL SCHOOLS OF COSTA MESA

CALVARY CHRISTIAN SCHOOL
CAMBRIAN ELEMENTARY SCHOOL DISTRICT

CAMPBELL CHRISTIAN SCHOOL
CAMPBELL UNION HIGH SCHOOL DISTRICT

CAMPBELL UNION SCHOOL DISTRICT
CAPISTRANO UNIFIED SCHOOL DISTRICT

CARDEN SCHOOL OF FRESNO
CARLSBAD UNIFIED SCHOOL DISTRICT

CARMEL UNIFIED SCHOOL DISTRICT
CASBO

CASCADE UNION ELEMENTARY
CASTAIC UNION SCHOOL DISTRICT

CASTLE ROCK USD-6
CATHEDRAL HIGH SCHOOL

CATHEDRAL SCHOOL FOR BOYS
CATHOLIC HIGH SCHOOL

CENTER FOR EARLY EDUCATION
CENTER FOR INTEGRAL EDUCATION

CENTER USD
CENTINELA VALLEY UNION HIGH SCHOOL DISTRICT

CENTRAL ASSEMBLY OF GOD
CENTRAL SCHOOL DISTRICT

CENTRAL UNIFIED
CENTRAL UNION SCHOOL DISTRICT

CENTRAL VALLEY CHRISTIAN SCHOOL
CHARLES ARMSTRONG SCHOOL

CHARTER OAK USD
CHARTWELL SCHOOL

CHAWANAKEE UNIFIED SCHOOL DISTRICT
CHICO COUNTRY DAY SCHOOL

CHICO UNIFIED SCHOOL DISTRICT
CHILD NUTRITION SVCS

CHINO VALLEY UNIFIED SCHOOL DISTRICT
CHOWCHILLA SCHOOL DISTRICT

CHUALAR UNION ELEMENTARY SCHOOL DIST
CLAREMONT UNIFIED SCHOOL DISTRICT

CLOVIS UNIFIED SCHOOL DISTRICT

COACHELLA VALLEY UNIFIED SCHOOL DISTRICT

COAST UNIFIED SCHOOL DISTRICT
COASTLINE ROP

COLFAX ELEMENTRY SCHOOL DISTRICT
COLTON JOINT UNIFIED SCHOOL DISTRICT

COLUMBIA SCHOOL DISTRICT 6
COMPTON UNIFIED SHCOOL DISTRICT

CONEJO VALLEY UNIFIED SCHOOL DISTRICT
CONNECTIONG WATERS CHARTER

CONTRA COSTA CHRISTIAN SCHOOLS
CONTRA COSTA COUNTY OFFICE OF EDUCATION

CORCORAN UNIFIED SCHOOL DISTRICT
CORNERSTONE CHRISTIAN SCHOOL

CORNERSTONE PREP SCHOOL
CORNING UNION HIGH SCHOOL DISTRICT

CORONA NORCO USD
COTATI ROHNERT PARK UNIFIED SCHOOL DIST

COTTONWOOD UNION SCHOOL DISTRICT
COUNTY OF LOS ANGELES OFFICE OF EDUCATION

COURTYARD SCHOOL
COVINA-VALLEY UNIFIED SCHOOL DISTRICT

CROSSWALK LEARNING PATHWAYS
CUCAMONGA SCHOOL DISTRICT

CULVER CITY UNIFIED SCHOOL DISTRICT
CUPERTINO USD-36

CUTLER-OROSI JOINT UNIFIED SCHOOL DISTRICT
CYPRESS SCHOOL DISTRICT

DAVIS JOINT UNIFIED S/D
DEHESA CHARTER SCHOOL

DEL MAR UNION SCHOOL DISTRICT
DEL NORTE COUNTY UNIFIED SCHOOL DISTRICT

DEL PASO HEIGHTS ELEMENTARY
DELANO JOINT UNION HIGH SCHOOL DISTRICT

DELANO UNION ELEMENTARY SCHOOL DISTRICT
DELHI UNIFIED SCHOOL DISTRICT

DESERT SANDS UNIFIED SCHOOL DISTRICT
DINUBA UNIFIED SCHOOL DISTRICT

DIOCESE OF FRESNO EDUCATION CORP.
DIOCESE OF ORANGE

DIXIE SCHOOL DISTRICT
DONNAS DAYCARE

DOS PALOS-ORO LOMA JUSD
DOWNEY UNIFIED SCHOOL DISTRICT

DOWNTOWN COLLEGE PREP
DRY CREEK ELEM

DUARTE UNIFIED SCHOOL DISTRICT
DUBLIN UNIFIED SCHOOL DISTRICT

DURHAM UNIFIED SCHOOL DISTRICT
EARLIMART SCHOOL DISTRICT

EAST SIDE UNION HIGH SCHOOL DISTRICT
EAST WHITTIER CITY SCHOOL DISTRICT

EDISON SCHOOL DISTRICT
EL CENTRO ELEMENTARY SCHOOL DISTRICT

EL DORADO COUNTY OFFICE OF EDUCATION
EL MONTE CITY SCHOOL DISTRICT

EL MONTE UNION HIGH SCHOOL DISTRICT
EL RANCHO USD

EL SEGUNDO UNIFIED SCHOOL DISTRICT
ELK GROVE UNIFIED SCHOOL DISTRICT

EMERY UNIFIED SCHOOL DISTRICT
ENTERPRISE ELEM. S/D

ENVIRONMENTAL CHARTER HIGH SCHOOL
ESCALON UNIFIED SCHOOL DISTRICT

ESCONDIDO CHARTER HIGH SCHOOL
ESCONDIDO UNION HIGH SCHOOL

ESCONDIDO UNION SCHOOL DISTRICT

ESCUELA DE LA RAZA UNIDA

ESPARTO UNIFIED SCHOOL DISTRICT
ETIWANDA SCHOOL DISTRICT

ETNA ELEM SCHOOL-2
EUREKA USD

EVERGREEN SCHOOL DISTRICT
EXETER UNION HIGH SCHOOL DISTRICT

EXETER UNION SCHOOL DISTRICT
EXPLORER ELEMENTARY CHARTER SCHOOL

EZEQUIEL TAFOYA ALVARADO ACADEMY
FAIRFAX SCHOOL DISTRICT

FALL RIVER UNIF S/D-6
FALLBROOK UNION HIGH SCHOOL DISTRICT

FARMERSVILLE UNIFIED SCHOOL DISTRICT
FILLMORE UNIFIED SCHOOL DISTRICT

FIREBAUGH- LAS DELTAS USD
FLINTRIDGE SACRED HEART ACADEMY

FOLSOM CORDOVA UNIFIED SCHOOL DISTRICT
FONTANA UNIFIED SCHOOL DISTRICT

FOUNTAIN VALLEY SCHOOL DISTRICT
FOWLER UNIFIED SCHOOL DISTRICT

FRANKLIN ELEMENTARY SCHOOL DISTRICT
FRANKLIN-MCKINLEY SCHOOL DISTRICT

FREMONT UNIFIED SCHOOL DISTRICT
FREMONT UNION HIGH SCHOOL DISTRICT

FRENCH AMERICAN INTERNATIONAL SCHOOL
FRENCH AMERICAN SCHOOL OF SILICON VALLEY

FRESNO CAREER DEVELOPMENT INSTITUTE
FRESNO COUNTY OFFICE OF EDUCATION

FRESNO UNIFIED SCHOOL DISTRICT
FRUITVALE SCHOOL DISTRICT

FULLERTON UNION HIGH SCHOOL DISTRICT
GALT JOINT UNION HIGH SCHOOL DISTRICT

GALT JOINT UNION SCHOOL DISTRICT
GARVEY SCHOOL DISTRICT

GATEWAY UNIFIED S/D
GENERAL SHAFTER

GIDEON HAUSNER JEWISH DAY SCHOOL
GILROY UNIFIED SCHOOL DISTRICT

GLENDALE UNIFIED SCHOOL DISTRICT
GLENN COUNTY OFFICE OF EDUCATION

GOLD FEATHER USD-12
GOLDEN HILLS SCHOOL

GONZALES UNIFIED SCHOOL DISTRICT
GRACE KOREAN CHURCH

GRACE LUTHERAN SCHOOL
GRANT JOINT UNION HIGH SCHOOL DISTRICT

GRASS VALLEY SD
GREEN DOT PUBLIC SCHOOL

GREENFIELD UNION SCHOOL DISTRICT
GRIDLEY USD

GROSSMONT UNION HIGH SCHOOL DISTRICT
GUADALUPE UNION SCHOOL DISTRICT

H.ALLEN HIGHT ELEMENTARY PTA
HANFORD CHRISTIAN SCHOOL

HANFORD ELEMENTARY SCHOOL DISTRICT
HANFORD JOINT UNION HIGH SCHOOL DISTRICT

HAPPY VALLEY SD-6
HAWTHORNE SCHOOL DISTRICT

HAYWARD USD
HEALTH SCIENCES HIGH AND MIDDLE COLLEGE

HEBER ELEMENTARY SCHOOL DISTRICT
HELENDALE SCHOOL DISTRICT

HELIX CHARTER HIGH SCHOOL
HEMET UNIFIED SCHOOL DISTRICT

HERITAGE CHRISTIAN SCHOOLS

HERITAGE OAK

HIGH TECH HIGH
HILLSBOROUGH SCHOOL

HILMAR UNIFIED SCHOOL DISTRICT
HOLLISTER SCHOOL DISTRICT

HOLY TRINITY PARISH/SCHOOL
HOLY TRINITY SCHOOL

HOWELL MOUNTAIN ELEMENTARY S.D.
HUMBOLDT COUNTY OFFICE OF EDUCATION

HUME LAKE CHARTER SCHOOL
HUNTINGTON BEACH CITY SCHOOL DISTRICT

IGO ONO PLATIM USD-6
IMMACULATE HEART HIGH SCHOOL

IMMANUEL SCHOOLS
IMPERIAL COUNTY OFFICE OF EDUCATION

IMPERIAL UNIFIED SCHOOL DISTRICT
INGLEWOOD UNIFIED SCHOOL DISTIRCT

INYO COUNTY OFFICE OF EDUCATION
JAMESTOWN SCHOOL DISTRICT

JASMINE NYREE DAYCARE SCHOOL CENTER
JEFFERSON ELEMENTARY SCHOOL DISTRICT

JEFFERSON HIGH SCHOOL
JEFFERSON SCHOOL DISTRICT

JESUIT HIGH SCHOOL
JOHN MUIR CHARTER SCHOOL

JOHN MUIR CHARTER SCHOOL
JOHN SWETT UN S/D-28

JUNCTION ELEMENTARY SCHOOL DISTRICT
JURUPA UNIFIED SCHOOL DISTRICT

KEHILLAH JEWISH HIGH SCHOOL
KELSEYVILLE UNIFIED SCHOOL DISTRICT

KERMAN UNIFIED SCHOOL DIST.
KERN COUNTY SUPERINTENDENT OF SCHOOLS

KERN HIGH SCHOOL DISTRICT
KIDS COUNTRY

KING CHAVEZ PUBLIC SCHOOLS
KING CITY UNION SCHOOL DISTRICT

KING COUNTY OFFICE OF EDUCATION
KINGS CANYON UNIFIED SCHOOL DISTRICT

KINGS RIVER UNION ESD
KINGSBURG ELEMENTARY SCHOOL SISTRICT

KINGSBURG JOINT UNION HIGH SCHOOL
KIPP HEARTWOOD ACADEMY

KIPP LA SCHOOLS
KNIGHTSEN SCHOOL DISTRICT

LA MESA SPRING VALLEY SCHOOL DISTRICT
LA PUENTE VALLEY ROP

LAKE COUNTY INTERNATIONAL CHARTER SCHOOL
LAKE COUNTY OFFICE OF EDUCATION

LAKE ELSINORE UNIFIED SCHOOL DISTRICT
LAKEPORT UNIFIED SCHOOL DISTRICT

LAKESIDE UNION ELEMENTARY SCHOOL DISTRICT
LAKESIDE UNION SCHOOL DISTRICT

LAMONT SCHOOL DISTRICT
LANCASTER SCHOOL DISTRICT

LAS LOMITAS SCHOOL DISTRICT
LAS VIRGENES USD

LASSEN VIEW UNION ELEMENTARY SCHOOL DISTRICT
LAURENCE SCHOOL

LAWNDALE SCHOOL DISTRICT
LE GRAND UNION ELEMENTARY SCHOOL

LE GRAND UNION HIGH SCHOOL
LEAP ACADEMY

LEGACY CHRISTIAN SCHOOL
LEMON GROVE SCHOOL DISTRICT

LEMOORE UNION HIGH SCHOOL DISTRICT

LIBERTY UNION HIGH SCHOOL DISTRICT

LICK WILMERDING HIGH SCHOOL
LIGHTHOUSE PRESCHOOL

LINCOLN HIGH SCHOOL
LINDSAY UNIFIED SCHOOL DISTRICT

LINFIELD CHRISTIAN SCHOOL
LITTLE LAKE CITY SCHOOL DISTRICT

LIVE OAK DISTRICT OFFICE
LIVE OAK USD-16

LIVERMORE VALLEY JOINT UNIFIED SCHOOL DISTRICT
LODI UNIFIED SCHOOL DISTRICT

LOMA LINDA ACADEMY
LONG BEACH UNIFIED SCHOOL DISTRICT

LOOMIS UNION SCHOOL DISTRICT
LORETTO HIGH SCHOOL

LOS ALAMOS SCHOOL DISTRICT
LOS ALTOS SCHOOL DISTRICT

LOS ANGELES ACADEMY OF ARTS AND ENTERPRISE
LOS ANGELES CHILD GUIDANCE CLINIC

LOS ANGELES INTERNATIONAL CHARTER HIGH SCHOOL
LOS ANGELES UNIFIED SCHOOL DISTRICT

LOS BANOS UNIFIED SCHOOL DISTRICT
LOS GATOS UNION SCHOOL DISTRICT

LOS NIETOS SCHOOL DISTRICT
LOST HILLS UNION SCHOOL DISTRICT

LOYOLA HIGH SCHOOL
LUCERNE ELEMENTARY SCHOOL DISTRICT

LYNWOOD UNIFIED SCHOOL DISTRICT
MADERA UNIFIED SCHOOL DISTRICT

MANTECA UNIFIED SCHOOL DISTRICT
MANZANITA USD-12

MAPLE ELEMENTARY SCHOOL DISTRICT
MARIN COUNTY OFFICE OF EDUCATION

MARIN PRIMRY AND MIDDLE SCHOOL
MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT

MARTINEZ UNIFIED SCHOOL DISTRICT
MARYSVILLE JT USD-17

MAXWELL USD -15
MCALLISTER / OFFICE PAVILION

MCCABE UNION ELEMENTARY SCHOOL DISTRICT
MCFARLAND UNIFIED SCHOOL DISTRICT

MCKITTRICK ELEMENTARY SCHOOL DISTRICT
MCSWAIN UNION ELEMENTARY SCHOOL DISTRICT

MEADOWS UNION ELEM. SCHOOL DISTRICT
MEMORIAL ACADEMY OF LEARNING AND TECHNOLOGY

MENDOTA UNIFIED SCHOOL DISTRICT
MENIFEE UNION SCHOOL DISTRICT

MENLO PARK CITY SCHOOL DISTRICT
MENLO SCHOOL

MERCED CITY SCHOOLS
MERCED UNION HIGH SCHOOL DISTRICT

MIDDLETOWN UNIFIED SCHOOL DISTRICT
MILL VALLEY SCHOOL DISTRICT

MILLVILLE SCHOOL
MILPITAS UNIFIED SCHOOL DISTRICT

MIRAMAR RANCH
MODESTO CITY SCHOOLS

MODOC CHARTER SCHOOL
MODOC JOINT USD

MOJAVE UNIFIED SCHOOL DISTRICT
MOKELUMNE RIVER SCHOOL

MONO COUNTY OFFICE OF EDUCATION
MONROVIA SCHOOL DISTRICT

MONSON-SULTANA JT. UNION ELEMENTARY SCHOOL DIST
MONTE VISTA CHRISTIAN SCHOOL

MONTEBELLO UNIFIED SCHOOL DISTRICT

MONTEREY COUNTY OFFICE OF ED

MONTEREY PENINSULA UNIFIED SCHOOL DISTRICT
MONTESSORI CENTER SCHOOL

MOORPARK UNIFIED SCHOOL DISTRICT
MORELAND SCHOOL DISTRICT

MORENO VALLEY USD
MORGAN HILL UNIFIED SCHOOL DISTRICT

MORONGO UNIFIED SCHOOL DISTRICT
MOUNTAIN EMPIRE U.S.D.

MOUNTAIN VIEW ACADEMY
MOUNTAIN VIEW SCHOOL DISTRICT

MOUNTAIN VIEW WHISMAN SCHOOL DISTRICT
MOUNTAIN VIEW/LOS ALTOS UNION HIGH SCHOOL DISTRICT

MT DIABLO UNIFIED SCHOOL DISTRICT
MT SHASTA UNION ELEMENTARY

MT. BALDY JOINT SCHOOL DISTRICT
MT. PLEASANT ELEMENTARY S/D

MUROC JOINT UNIFIED SCHOOL DISTRICT
MURRIETA VALLEY UNIFIED SCHOOL DISTRICT

NAPA COUNTY OFFICE OF EDUCATION
NAPA VALLEY UNIFIED SCHOOL DISTRICT

NATIONAL SCHOOL DISTRICT
NATOMAS CHARTER SCHOOL

NATOMAS UNIFIED SCHOOL DISTRICT
NEEDLES UNIFIED SCHOOL DISTRICT

NEW HAVEN USD
NEW HOPE ELEMENTARY SCHOOL DISTRICT

NEW TESTAMENT CHRISTIAN SCHOOL
NEW WEST CHARTER MIDDLE SCHOOL

NEWCASTLE SCHOOL DISTRICT 22
NEWHALL SCHOOL DISTRICT

NEWPORT-MESA UNIFIED SCHOOL DISTRICT
NORRIS SCHOOL DISTRICT

NORTH COUNTY JOINT UNION SCHOOL DISTRICT
NORTH COW CREEK SCH-6

NORTH MONTEREY COUNTY USD
NORTH SACRAMENTO SCHOOL DISTRICT

NORTHCREEK ACADEMY
NORWALK-LAMIRADA USD

NOVATO UNIFIED SCHOOL DISTRICT
NUESTRO SCHOOL DISTRICT

NUVIEW UNION SCHOOL DISTRICT
OAK GROVE INSTITUTE FOUNDATION INC.

OAK GROVE SCHOOL DIST.
OAK PARK UNIFIED SCHOOL DISTRICT

OAK RUN ELEM SCH-6
OAK VALLEY UNION SCHOOL DISTRICT

OAKLAND UNIFIED SCHOOL DISTRICT
OAKS CHRISTIAN SCHOOL

OAKWOOD COUNTRY SCHOOL
OCEAN VIEW SCHOOL DISTRICT

OCEAN VIEW SCHOOL DISTRICT
OCEANSIDE UNIFIED SCHOOL DISTRICT

OJAI UNIFIED SCHOOL DISTRICT
OLIVE KNOLLS CHRISTIAN SCHOOL

OLIVET FAMILIES
ONTARIO CHRISTIAN SCHOOL

ONTARIO-MONTCLAIR USD
ORANGE CENTER SCHOOL DISTRICT

ORANGE COUNTY CHRISTIAN SCHOOL
ORANGE COUNTY HIGH SCHOOL OF THE ARTS

ORCHARD SCHOOL DISTRICT
ORCUTT UNION SCHL DIST

ORINDA UNION SCHOOL DISTRICT
ORO GRANDE SCHOOL DISTRICT

OROVILLE SD-12

OROVILLE UNION HIGH-12

OUR LADY QUEEN OF ANGELS SCHOOL
OXNARD UNION HIGH SCHOOL DISTRICT

PACHECO UNION SCHOOL DISTRICT
PACIFIC GROVE UNIFIED

PACIFIC RIDGE SCHOOL
PACIFIC UNIFIED SCHOOL DISTRICT

PACIFIC VIEW CHARTER SCHOOL
PACIFICA SCHOOL DISTRICT

PAJARO VALLEY UNIFIED SCHOOL DISTRICT
PALERMO UNION SCHL DIST

PALM SPRINGS UNIFIED SCHOOL DISTRICT
PALMA HIGH SCHOOL

PALMDALE SCHOOL DISTRICT
PALMDALE SCHOOL DISTRICT

PALO ALTO UNIFIED SCHOOL DISTRICT
PALO VERDE UNIFIED SCHOOL DISTRICT

PALOS VERDES UNIFIED SCHOOL DISTRICT
PANAMA-BUENA VISTA USD

PARADISE UNIFIED SCHOOL DISTRICT
PARAMOUNT UNIFIED SCHOOL DISTRICT

PARLIER UNIFIED SCHOOL DISTRICT
PASADENA CHRISTIAN SCHOOL

PASADENA UNIFIED SCHOOL DISTRICT
PASO ROBLES JOINT UNIFIED SCHOOL DISTRICT

PATHWAYS TO COLLEGE CHARTER SCHOOL
PERRIS ELEMENTARY SCHOOL DISTRICT

PERRIS UNION HIGH SCHOOL DISTRICT
PIEDMONT UNIFIED SCHOOL DISTRICT

PIEDMONT USD
PIERCE JOINT UNIFIED SCHOOL DISTRICT

PIONEER UNION ELEMENTARY SCHOOL DISTRICT
PITTSBURG UNIFIED SCHOOL DISTRICT

PLACENTIA YORBA LINDA UNIFIED SCHOOL DISTRICT
PLACER UNION HIGH SCHOOL DISTRICT

PLANADA ELEMENTARY SCHOOL DISTRICT
PLANADA ELEMENTARY SCHOOL DISTRICT

PLEASANT VALLEY SCHOOL DISTRICT
PLEASANT VIEW ELEMENTARY SCHOOL DISTRICT

PLEASANT VIEW ELEMENTARY SCHOOL DISTRICT
PLEASANTON UNIFIED SCHOOL DISTRICT

PLUMAS CHARTER SCHOOL
PLUMAS LAKE SCHOOL DISTRICT

POMONA UNIFIED SCHOOL DISTRICT
POND SCHOOL

POPE VALLEY UNION ELEMENTARY S.D.
PORTERVILLE UNIFIED SCHOOL DISTRICT

POWAY U.S.D.
PRESENTATION SCHOOL

QUAIL LAKES BAPTIST CHURCH
RAMONA UNIFIED SCHOOL DISTRICT

RANCHO SANTA FE SCHOOL DISTRICT
RAVENSWOOD CITY SCHOOL DISTRICT

READY SPRINGSUNION SCHOOL DISTRICT
REDDING SCHOOL DISTRICT

REDLANDS UNIFIED SCHOOL DISTRICT
REDWOOD CHRISTIAN SCHOOLS

REDWOOD CITY SCHOOL DISTRICT
REED UNION SCHOOL DISTRICT

RIALTO UNIFIED SCHOOL DISTRICT
RICHGROVE ELEMENTARY SCHOOL DISTRICT

RIM OF THE WORLD U.S.D.
RIO BRAVO-GREELEY UNION SCHOOL DISTRICT

RIO LINDA UNION SCHOOL DISTRICT
RIO SCHOOL DISTRICT

RIVER DELTA UNIFIED

RIVER SPRINGS CHARTER SCHOOL

RIVERDALE UNIFIED SCOOL DISTRICT
RIVERSIDE COUNTY OFFICE OF EDUCATION

RIVERSIDE UNIFIED SCHOOL DISTRICT
ROBLA SCHOOL DISTRICT

ROCKLIN UNIFIED SCHOOL DISTRICT
ROMOLAND SCHOOL DISTRICT

RONALD C. WORNICK JEWISH DAY SCHOOL
ROSEDALE UNION SCHOOL DISTRICT

ROSEVILLE CITY SCHOOL DISTRICT
ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT

ROSS VALLEY SCHOOL DISTRICT
ROWLAND UNIFIED SCHOOL DISTRICT

SACRAMENTO CITY UNIFIED SD - 25
SACRAMENTO COUNTY OFFICE OF EDUCATION

SACRED HEART PARISH SCHOOL
SADDLEBACK VALLEY USD

SAINT FRANCIS HIGH SCHOOL
SAINT ROSE SCHOOL

SALINAS CITY SCHOOL DIST
SALINAS UNION HIGH SCHOOL

SAN ANTONIO DE PADNA ELEMENTARY SCHOOL
SAN ANTONIO UNION SCHOOL DISTRICT

SAN BENITO HIGH SCHOOL DISTRICT
SAN BERNARDINO CITY UNIFIED SCHOOL DISTRICT

SAN BERNARDINO CNTY SHL
SAN CARLOS SCHOOL DISTRICT

SAN DIEGO COOPERATIVE CHARTER SCHOOL
SAN DIEGO UNIFIED SCHOOL DISTRICT

SAN FRANCISCO ARCHDIOCESE
SAN GABRIEL UNIFIED SCHOOL DISTRICT

SAN JACINTO UNIFIED SCHOOL DISTRICT
SAN JOSE UNIFIED SCHOOL DISTRICT

SAN JUAN UNIIFIED SCHOOL DISTRICT
SAN LEANDRO USD

SAN LUIS COASTAL UNIFIED SCHOOL DISTRICT
SAN LUIS OBISPO COUNTY OFFICE OF EDUCATION

SAN MARCOS UNIFIED SCHOOL DISTRICT
SAN MARINO UNIFIED SCHOOL DISTRICT

SAN MATEO - FOSTER CITY SCHOOLDISTRICT
SAN MATEO COUNTY OFFICE OF EDUCATION

SAN MATEO UNION HIGH SCHOOL DIST.
SAN RAMON VALLEY CHRISTIAN ACADEMY

SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT
SAN YSIDRO SCHOOL DISTRICT

SANGER UNIFIED SCHOOL DISTRICT
SANTA BARBARA COUNTY EDUCATION OFFICE

SANTA BARBARA SCHOOL DISTRICTS
SANTA CATALINA SCHOOL

SANTA CLARA COE
SANTA CLARA UNIFIED SCHOOL DISTRICT

SANTA CLARITA VALLEY SCHOOL FOOD SERVICES AGENCY
SANTA CRUZ CITY SCHOOLS

SANTA CRUZ COUNTY OFFICE OF EDUCATION
SANTA MARIA JOINT UNION HIGH SCHOOL DISTRICT

SANTA MONICA-MALIBU UNIFIED SCHOOL DISTRICT
SANTA PAULA ELEMENTARY

SANTA RITA UNION SCHOOL DISTRICT
SANTA ROSA CITY SCHOOL

SANTA ROSA URSULINE CORPORATION
SARATOGA UNION SCHOOL DISTRICT

SAUGUS UNION SCHOOL DISTRICT
SAVANNA SCHOOL DISTRICT

SBT CHARTER SCHOOL
SCHOOL FOR INDEPENDENT LEARNERS

SCHOOL OF OUR LADY

SCHOOLS OF THE SACRED HEART - SF

SEA CREST SCHOOL
SEELEY UNION SCHOOL DISTRICT

SELMA UNIFIED SCHOOL DISTRICT
SEQUOIA UHSD

SEQUOIA UNION ELEM. SCHOOL
SERVITE HIGH SCHOOL

SHASTA COUNTY OFFICE OF ED.
SHASTA TRINITY ROP

SHASTA UNION HIGH SCHOOL DISTRICT
SHERMAN INDIAN HIGH SCHOOL

SIATECH
SIERRA SANDS USD

SIERRA UNIFIED SCHOOL DISTRICT
SILVER VALLEY UNIFIED SCHOOL DISTRICT

SIMI VALLEY UNIFIED SCHOOL DISTRICT
SISKIYOU UNION HIGH

SNOWLINE SCHOOL DISTRICT
SOAR CHARTER ACADEMY

SOILLE SAN DIEGO HEBREW DAY SCHOOL
SOLANA BEACH SCHOOL DISTRICT

SOLANO COUNTY OFFICE OF EDUCATION
SOLEDAD SCHOOL DISTRICT

SONOMA COUNTY OFFICE OF EDUCATION
SOQUEL ELEMENTARY SCHOOL DISTRICT

SOUTH FORK UNION SCHOOL DISTRICT
SOUTH PASADENA UNIFIED SCHOOL DISTRICT

SOUTH SAN FRANCISCO UNIFIED SCHOOL DISTRICT
SOUTH WHITTIER SCHOOL DISTRICT

SOUTHEAST REGIONAL OCCUPATIONAL PROGRAM
SOUTHERN HUMBOLDT UNIFIED SCHOOL DISTRICT

SOUTHERN KERN UNIFIED SCHOOL DISTRICT
SOUTHERN TRINITY JOINT UNIFIED SCHOOL DISTRICT

SOUTHSIDE SCHOOL
SOUTHWESTERN CHRISTIAN SCHOOL

ST BENEDICT SCHOOL
ST FRANCIS MIDDLE SCHOOL

ST HELENA UNIFIED SCHOOL DISTRICT
ST MATTHEWS PARISH SCHOOL

ST STANISLAUS SCHOOL
ST. ANNE SCHOOL

ST. FRANCIS HIGH SCHOOL
ST. HOPE PUBLIC SCHOOL

ST. JOACHIM SCHOOL
ST. JOHN THE BAPTIST CATHOLIC SCHOOL

ST. JOHN VIANNEY SCHOOL
ST. LUKES ESPISCOPAL SCHOOL

ST. MATTHEW CATHOLIC SCHOOL
STANBRIDGE ACADEMY

STANDARD SCHOOL DISTRICT
STANISLAUS COUNTY OFFICE OF EDUCATION

STANISLAUS UNION SCHOOL DIST
STOCKTON UNIFIED SCHL

STOCKTON UNIFIED SCHOOL DISTRICT
STONE BRIDGE SCHOOL

STONE CORRAL ELMENTARY SCHOOL
STONE RIDGE CHRISTIAN HIGH SCHOOL

STRATHMORE UNION ELEMENTARY SCHOOL DISTRICT
SULPHUR SPRINGS SCHOOL DIST.

SUMMERVILLE ELEMENTARY SCHOOL
SUNDALE ELEMENTARY SCHOOL DISTRICT

SUNNYSIDE UNION ELEMENTARY SCHOOL DISTRICT
SUNNYVALE SCHOOL DISTRICT

SURPRISE VALLEY JOINT UNIFIED SCHOOL DISTRICT
SUTTER UNION HS-16

SWEETWATER UNIFIED HIGH SCHOOL DISTRICT

TAFT UNION HIGH SCHOOL DISTRICT

TAHOE TRUCKEE UNIFIED SCHOOL DISTRICT
TAMALPAIS UNION HIGH SCHOOL DISTRICT

TEHACHAPI UNIFIED SCHOOL DISTRICT
TEHAMA CO SUPT SCH-8

TEMECULA PREPARATORY SCHOOL
TEMECULA VALLEY CHARTER

TEMECULA VALLEY USD
TEMPLE CITY USD

TEMPLETON UNIFIED SCHOOL DISTRICT
TERRA BELLA UNION ELEMENTARY SCHOOL DISTRICT

THE ARCHER SCHOOL FOR GIRLS
THE ATHENIAN SCHOOL

THE BAY SCHOOL OF SAN FRANCISCO
THE HARKER SCHOOL

THE HEALDSBURG SCHOOL
THE INSTITUTE FOR EFFECTIVE EDUCATION

THE PEGASUS SCHOOL
THE SCHOOL OF ARTS ENTERPRISE

THERMALITO USD-12
TIERRA PACIFICA CHARTER SCHOOL

TORRANCE UNIFIED SCHOOL DISTRICT
TRACY UNIFIED SCHOOL DISTRICT

TRINITY CLASSICAL ACADEMY
TULARE CHRISTIAN SCHOOL

TULARE CITY ELEMENTARY
TULARE JOINT UNION HIGH

TWIN RIVERS CHARTER SCHOOL
TWIN RIVERS UNIFIED SCHOOL DISTRICT

UKIAH UNIFIED SCHOOL DISTRICT
UNION SCHOOL DISTRICT

UNITED METHODIST CHURCH
UPLAND UNIFIED SCHOOL DISTRICT

UPPER LAKE UN SCH DIST-14
UPPER LAKE UNION HIGH SCHOOL DISTRICT

URBAN DISCOVERY ACADEMY
VACAVILLE ADVENTIST SCHOOL

VACAVILLE CHRISTIAN SCHOOLS
VALLEY CHRISTIAN SCHOOLS

VALLEY PREPARATORY ACADEMY INC.
VALLEY ROP

VALLEY VISTA ELEMENTARY SCHOOL PTA
VENTURA COUNTY OFFICE OF EDUCATION

VENTURA UNIFIED SCHOOL DISTRICT
VERBUM DEI HIGH SCHOOL

VICTOR ELEMENTARY SCHOOL DISTRICT
VICTOR YOUTH SERVICES

VICTORY CHRISTIAN SCHOOLS
VIEWPOINT EDUCATIONAL FOUNDATION

VINELAND SCHOOL DISTRICT
VISALIA UNIFIED SCHOOL DISTRICT

VISTA UNFIIED SCHOOL DISTRICT
WALNUT CREEK SCHOOL DISTRICT

WASCO UNION HIGH SCHOOL DISTRICT
WASCO UNION SCHOOL DISTRICT

WASHINGTON COLONY
WASHINGTON UNIFIED SCHOOL DISTRICT

WASHINGTON UNION HIGH SCHOOL DISTRICT
WATER OF LIFE CHRISTIAN SCHOOL

WEAVER UNION SCHOOL DISTRICT
WEBB SCHOOL

WEGEFORTH PTA
WEST CONTRA COSTA USD

WEST COVINA UNIFIED SCHOOL DISTRICT
WEST FRESNO ELEMENTARY SCHOOL DISTRICT

WEST PARK ELEMENTARY SCHOOL DISTRICT

WEST SACRAMENTO EARLY COLLEGE PREP CHARTER SCHOOL

WESTERN CHRISTIAN SCHOOLS
WESTERN PLACER USD-22

WESTMINSTER SCHOOL DISTRICT
WHEATLAND SCHOOL DISTRICT

WHITTIER CITY SCHOOL DISTRICT
WILLOWS USD

WINDWARD SCHOOL
WINSHIP-ROBBINS ELEMENTARY SCHOOL DISTRICT

WINTERS JOINT UNIFIED SCHOOL DISTRICT
WISEBURN SCHOOL DISTRICT

WM S HART UNION HIGH SCHOOL DISTRICT
WOODCREST CHRISTIAN SCHOOL

WOODLAKE UNION SCHOOL DISTRICT
WOODLAND JOINT UNIFIED SCHOOL DISTRICT

YAVNEH DAY SCHOOL
YOKAYO ELEMENTARY SCHOOL

YOLO COUNTY SUPT OF SCHOOLS
YREKA UNION ELEM

YREKA UNION HIGH
YUBA CITY UNIFIED SCHOOL DISTRICT

YUBA CITY USD
YUCAIPA CHRISTIAN SCHOOLS


## Counties

**⊼ Counties and Parishes**                                          


ALPINE COUNTY

AREA HOUSING AUTHORITY OF THE COUNTY OF VENTURA
BEHAVIOR INTERVENTION ASSOCIATION

BERKELEY FOOD AND HOUSING PROJECT
BUTTE COUNTY

CALIFORNIA STATE ASSOCIATION OF COUNTIES
COLUSA COUNTY

CONTRA COSTA COUNTY
COUNTY OF ALAMEDA

COUNTY OF AMADOR
COUNTY OF CALAVERAS

COUNTY OF FRESNO
COUNTY OF HUMBOLDT

COUNTY OF KERN
COUNTY OF KINGS

COUNTY OF LAKE
COUNTY OF LOS ANGELES

COUNTY OF MADERA
COUNTY OF MERCED

COUNTY OF MODOC
COUNTY OF NAPA

COUNTY OF NEVADA
COUNTY OF ORANGE

COUNTY OF RIVERSIDE
COUNTY OF SACRAMENTO

COUNTY OF SAN BERNARDINO
COUNTY OF SAN DIEGO

COUNTY OF SAN JOAQUIN
COUNTY OF SAN LUIS OBISPO

COUNTY OF SAN MATEO
COUNTY OF SANTA BARBARA

COUNTY OF SANTA CLARA
COUNTY OF SANTA CRUZ

COUNTY OF SHASTA
COUNTY OF STANISLAUS

COUNTY OF VENTURA
COUNTY OF YUBA

DEL NORTE COUNTY
EL DORADO COUNTY

EXCELSIOR EDUCATION CENTER
FRESNO COUNTY EMPLOYEES RETIREMENT

FRESNO COUNTY FIRE
FRESNO COUNTY LAW LIBRARY

FRESNO POLICE DEPT CREDIT UNION
GLENN COUNTY HRA

HOUSING AUTHORITY OF THE COUNTY OF KINGS
HOUSING AUTHORITY OF THE COUNTY OF MARIN

HOUSING AUTHORITY OF THE COUNTY OF MONTEREY
HOUSING AUTHORITY OF THE COUNTY OF SANTA BARBARA

HOUSING AUTHORITY OF THE COUNTY OF SANTA CLARA
HOUSING AUTHORITY OF THE COUNTY OF STANISLAUS

IMPERIAL COUNTY
INYO COUNTY

KERN COUNTY NETWORK FOR CHILDREN
LASSEN COUNTY SHERIFFS DEPARTMENT

LOS ANGELES COUNTY PARKS AND RECREATION
LOS ANGELES COUNTY SHERIFFS DEPARTMENT

MADERA HOUSING AUTHORITY
MARIN COUNTY

MARIN LOCAL AGENCY FORMAT
MARIN SUPERIOR COURT

MARIPOSA COUNTY
MENDOCINO COUNTY

MERCED COUNTY COMMUNITY ACTION AGENCY
MONO COUNTY

MONTEREY COUNTY
PLACER COUNTY

PLACER SUPERIOR COURT
SACRAMENTO COUNTY SHERIFF DEPARTMENT

SACRAMENTO SUPERIOR COURT
SAN BENITO COUNTY

SAN BENITO SUPERIOR COURT
SAN DIEGO COUNTY

SAN DIEGO COUNTY EMPLOYEES RETIREMENT ASSOC.
SAN JOAQUIN COUNCIL OF GOVERNMENTS

SAN LUIS OBISPO SUPERIOR COURT
SANTA BARBARA COUNTY

SIERRA COUNTY
SISKIYOU COUNTY

SLO COUNTY NARCOTIC TASK FORCE
SOLANO COUNTY

SONOMA COUNTY
SONOMA COUNTY WINEGRAPE COMMISSION

SUTTER COUNTY
TEHAMA COUNTY

THE HOUSING AUTHORITY OF THE COUNTY OF CONTRA COS
TRINITY COUNTY

TULARE COUNTY
TULARE COUNTY ECONOMIC DEVELOPMENT CORPORATION

TULARE COUNTY HOUSING AUTHORITY
TULARE COUNTY SUPERIOR COURT

TUOLUMNE COUNTY
YOLO COUNTY


## Towns and Cities

⌃ **Cities, Towns, Villages and Boroughs**                      


CITY OF ANDERSON
CITY OF ANGELS CAMP FIRE DEPARTMENT

CITY OF ARCADIA
CITY OF ARROYO GRANDE

CITY OF ATASCADERO
CITY OF ATWATER

CITY OF AUBURN
CITY OF AVALON

CITY OF AZUSA
CITY OF BAKERSFIELD

CITY OF BALDWIN PARK
CITY OF BANNING

CITY OF BARSTOW
CITY OF BELL

CITY OF BENICIA
CITY OF BERKELEY

CITY OF BEVERLY HILLS
CITY OF BIG BEAR LAKE

CITY OF BIGGS
CITY OF BRAWLEY

CITY OF BREA
CITY OF BRENTWOOD

CITY OF BUENA PARK
CITY OF BURBANK

CITY OF CALIMESA
CITY OF CAMARILLO

CITY OF CAMPBELL
CITY OF CARLSBAD

CITY OF CARLSBAD
CITY OF CARMEL-BY-THE-SEA

CITY OF CERRITOS
CITY OF CHINO

CITY OF CHINO HILLS
CITY OF CHULA VISTA

CITY OF CITRUS HEIGHTS
CITY OF CLAREMONT

CITY OF CLAYTON, CALIFORNIA
CITY OF CLEARLAKE

CITY OF CLOVIS
CITY OF COACHELLA

CITY OF COALINGA
CITY OF COLTON

CITY OF COLUSA
CITY OF CONCORD

CITY OF CORCORAN
CITY OF CORNING

CITY OF CORONA
CITY OF CORONADO

CITY OF COSTA MESA
CITY OF COVINA

CITY OF CULVER CITY
CITY OF CUPERTINO

CITY OF CYPRESS
CITY OF DALY CITY

CITY OF DANA POINT
CITY OF DAVIS

CITY OF DELANO
CITY OF DESERT HOT SPRINGS

CITY OF DIAMOND BAR
CITY OF DINUBA

CITY OF DIXON
CITY OF DOWNEY

CITY OF DUARTE
CITY OF DUBLIN

CITY OF DUNSMUIR
CITY OF EAST PALO ALTO POLICE DEPARTMENT

CITY OF EL CAJON
CITY OF EL CENTRO

CITY OF EL MONTE
CITY OF EL SEGUNDO

CITY OF ELK GROVE
CITY OF ENCINITAS

CITY OF ESCALON
CITY OF ESCONDIDO

CITY OF EUREKA
CITY OF EXETER

CITY OF FAIRFIELD
CITY OF FERNDALE

CITY OF FILLMORE
CITY OF FONTANA

CITY OF FONTANA
CITY OF FORT BRAGG

CITY OF FOSTER CITY
CITY OF FOUNTAIN VALLEY

CITY OF FOWLER
CITY OF FREMONT

CITY OF FRESNO
CITY OF FULLERTON

CITY OF GALT
CITY OF GARDEN GROVE

CITY OF GARDENA
CITY OF GILROY

CITY OF GLENDALE
CITY OF GLENDORA

CITY OF GOLETA
CITY OF GREENFIELD

CITY OF GRIDLEY
CITY OF GRIZZLY FLATS

CITY OF GROVER BEACH
CITY OF HANFORD

CITY OF HAWAIIAN GARDENS
CITY OF HAYWARD

CITY OF HEALDSBURG
CITY OF HEMET

CITY OF HERCULES
CITY OF HERMOSA BEACH

CITY OF HESPERIA
CITY OF HIGHLAND

CITY OF HOLLISTER
CITY OF HOLTVILLE

CITY OF HUNTINGTON BEACH
CITY OF IMPERIAL

CITY OF IMPERIAL BEACH
CITY OF INDIAN WELLS

CITY OF INGLEWOOD
CITY OF IONE

CITY OF IRVINE
CITY OF IRWINDALE

CITY OF KERMAN
CITY OF KINGSBURG

CITY OF KNOWLEDGE
CITY OF LA HABRA

CITY OF LA MESA
CITY OF LA MIRADA

CITY OF LA PALMA
CITY OF LA PUENTE

CITY OF LA QUINTA
CITY OF LAGUNA BEACH

CITY OF LAGUNA HILLS
CITY OF LAGUNA NIGUEL

CITY OF LAGUNA WOODS
CITY OF LAKE ELSINORE

CITY OF LAKE FOREST
CITY OF LAKEWOOD

CITY OF LARKSPUR
CITY OF LAWNDALE

CITY OF LEMON GROVE
CITY OF LINCOLN

CITY OF LIVE OAK
CITY OF LIVERMORE

CITY OF LIVINGSTON
CITY OF LODI

CITY OF LOMA LINDA
CITY OF LOMITA

CITY OF LOMPOC
CITY OF LONG BEACH

CITY OF LOS ALAMITOS
CITY OF LOS ALTOS

CITY OF LOS ANGELES
CITY OF LOYALTON

CITY OF LYNWOOD
CITY OF MADERA

CITY OF MALIBU
CITY OF MANHATTAN BEACH

CITY OF MANTECA
CITY OF MARINA

CITY OF MARTINEZ
CITY OF MARYSVILLE

CITY OF MAYWOOD
CITY OF MENDOTA

CITY OF MENLO PARK
CITY OF MERCED

CITY OF MILLBRAE
CITY OF MILPITAS

CITY OF MISSION VIEJO
CITY OF MODESTO

CITY OF MONTCLAIR
CITY OF MONTEREY

CITY OF MONTEREY PARK
CITY OF MORENO VALLEY

CITY OF MORGAN HILL
CITY OF MORRO BAY

CITY OF MOUNTAIN VIEW
CITY OF MURRIETA

CITY OF NAPA
CITY OF NATIONAL CITY

CITY OF NEWPORT BEACH
CITY OF OAKDALE

CITY OF OAKLAND
CITY OF OAKLEY

CITY OF OCEANSIDE
CITY OF OJAI

CITY OF ONTARIO
CITY OF ORANGE

CITY OF OROVILLE
CITY OF OXNARD

CITY OF PACIFIC GROVE
CITY OF PACIFICA

CITY OF PALM DESERT AND PALM DESERT REDEVELOPMENT
CITY OF PALM SPRINGS

CITY OF PALMDALE
CITY OF PALO ALTO

CITY OF PARAMOUNT
CITY OF PASADENA

CITY OF PASO ROBLES
CITY OF PATTERSON

CITY OF PETALUMA
CITY OF PICO RIVERA

CITY OF PIEDMONT
CITY OF PISMO BEACH

CITY OF PLACENTIA
CITY OF PLEASANTON

CITY OF POMONA
CITY OF PORT HUENEME

CITY OF PORTERVILLE
CITY OF POWAY

CITY OF RANCHO CORDOVA
CITY OF RANCHO CUCAMONGA

CITY OF RANCHO MIRAGE
CITY OF RANCHO PALOS VERDES

CITY OF RANCHO SANTA FE
CITY OF RANCHO SANTA MARGARITA

CITY OF RED BLUFF
CITY OF REDDING

CITY OF REDLANDS
CITY OF REDONDO BEACH

CITY OF REDWOOD CITY
CITY OF RIALTO

CITY OF RICHMOND
CITY OF RIPON

CITY OF RIVERBANK
CITY OF RIVERSIDE

CITY OF ROHNERT PARK
CITY OF ROSEMEAD

CITY OF ROSEVILLE
CITY OF SACRAMENTO

CITY OF SALINAS
CITY OF SAN BERNARDINO

CITY OF SAN BERNARDINO MUNICIPAL WATER DEPARTMENT
CITY OF SAN BRUNO

CITY OF SAN BUENAVENTURA
CITY OF SAN CARLOS

CITY OF SAN DIEGO
CITY OF SAN DIMAS

CITY OF SAN FERNANDO
CITY OF SAN JOSE

CITY OF SAN JUAN CAPISTRANO
CITY OF SAN LEANDRO

CITY OF SAN LUIS OBISPO
CITY OF SAN MARCOS

CITY OF SAN MARINO
CITY OF SAN MATEO

CITY OF SAN MATEO - LIBRARY DEPARTMENT
CITY OF SAN RAFAEL

CITY OF SAN RAMON
CITY OF SANGER

CITY OF SANTA ANA
CITY OF SANTA BARBARA

CITY OF SANTA CLARA
CITY OF SANTA CLARITA

CITY OF SANTA CRUZ
CITY OF SANTA FE SPRINGS

CITY OF SANTA MARIA
CITY OF SANTA MONICA

CITY OF SANTA PAULA
CITY OF SANTA ROSA

CITY OF SANTEE
CITY OF SARATOGA

CITY OF SEAL BEACH
CITY OF SEASIDE

CITY OF SHAFTER
CITY OF SIERRA MADRE

CITY OF SIGNAL HILL
CITY OF SIMI VALLEY

CITY OF SOLANA BEACH
CITY OF SOLEDAD

CITY OF SOLVANG
CITY OF SOUTH GATE

CITY OF SOUTH GATE
CITY OF SOUTH LAKE TAHOE

CITY OF SOUTH PASADENA
CITY OF SOUTH SAN FRANCISCO

CITY OF ST. HELENA
CITY OF STANTON

CITY OF STOCKTON
CITY OF SUNNYVALE

CITY OF TEMECULA
CITY OF THOUSAND OAKS

CITY OF TORRANCE
CITY OF TRACY

CITY OF TULARE
CITY OF TURLOCK

CITY OF TUSTIN
CITY OF UKIAH

CITY OF UNION CITY
CITY OF VACAVILLE

CITY OF VALLEJO
CITY OF VICTORVILLE

CITY OF VISALIA
CITY OF VISTA

CITY OF WALNUT CREEK
CITY OF WALNUT, CA

CITY OF WASCO HOUSING AUTHORITY
CITY OF WATSONVILLE

CITY OF WEED
CITY OF WEST COVINA

CITY OF WEST HOLLYWOOD
CITY OF WEST SACRAMENTO

CITY OF WESTLAKE VILLAGE
CITY OF WESTMINSTER

CITY OF WHITTIER
CITY OF WILLOWS

CITY OF WINTERS
CITY OF WOODLAKE

CITY OF WOODLAND
CITY OF YREKA

CITY OF YUBA CITY
CITY OF YUCAIPA

Florida: Hillsborough County Schools, Lee County Schools
Kansas: USD 259 (Wichita)
California: Berkeley School District, South San Francisco School District
Missouri: Hazelwood School District
Pennsylvania: Bethlehem School District
Illinois: Calumet Park School District
South Carolina: Florence County School District 1
Washington: Franklin Pierce School District
North Carolina: Gaston County Schools
Wisconsin: Coonomowoc Area School District
Ohio: Sylvania City Schools, Toledo Public Schools
Alabama: Tuscaloosa City Board of Education, Montgomery Public Schools, Mobile
Cnty Schools,
Texas: Aldine Independent School District
Nebraska: Millard Public Schools
Georgia: COBB COUNTY BOARD OF EDUCATION
Indiana: EAST PORTER COUNTY SCHOOL CORPORATION
Michigan: Detroit Public Schools

**Select a State:**  Please Select a State

**Registered Agencies in Texas**                          **Export List To:**

☑ **Cities, Towns, Villages and Boroughs**

☑ **Counties and Parishes**

☒ **K - 12**

     ABBOTT INDEPENDENT SCHOOL DISTRICT

     ABILENE INDEPENDENT SCHOOL DISTRICT
     ADRIAN ISD

     ALBA- GOLDEN ISD
     ALDINE INDEPENDENT SCHOOL DISTRICT

     ALICE ISD
     ALL SAINTS CATHOLIC SCHOOL

     ALLEN INDEPENDENT SCHOOL DISTRICT
     ALVARADO ISD

     ALVIN INDEPENDENT SCHOOL DISTRICT
     AMARILLO ISD

AMERICAN MONTESSORI CAMPUS
ANAHUAC ISD

ANGLETON I.S.D.
ANNA ISD

ANTIOCH CHRISTIAN ACADEMY
APPLE SPRINGS ISD

APPLESEED ACADEMY
ARGYLE INDEPENDENT SCHOOL DISTRICT

ARP I.S.D.
ATHENS ISD

ATLANTA INDEPENDENT SCHOOL DISTRICT
AUSTIN ISD

AXTELL ISD
BANDERA INDEPENDENT SCHOOL DISTRICT

BARTLETT ISD
BASTROP ISD

BEAUMONT INDEPENDENT SCHOOL DISTRICT
BECKVILLE ISD

BELTON INDEPENDENT SCHOOL DISTRICT
BIG SANDY ISD

BIG SPRING ISD
BIRDVILLE INDEPENDENT SCHOOL DISTRICT

BISHOP C. I. S. D.
BLACKWELL CISD

BLANCO ISD
BLUE RIDGE ISD

BOERNE I. S. D.
BORGER ISD

BOSQUEVILLE ISD
BOYD INDEPENDENT SCHOOL DISTRICT

BOYS RANCH INDEPENDENT SCHOOL DISTRICT
BRAZOSPORT ISD

BRIGHT IDEAS CHARTER SCHOOL
BROWNSVILLE INDEPENDENT SCHOOL DISTRICT

BROWNWOOD INDEPENDENT SCHOOL DISTRICT
BRUCEVILLE-EDDY ISD

2

BRYAN INDEPENDENT SCHOOL DISTRICT
BURLESON ISD

BURNHAM WOOD CHARTER SCHOOL DISTRICT
BYNUM ISD

CALALLEN INDEPENDENT SCHOOL DISTRICT
CALDWELL ISD

CALHOUN COUNTY ISD
CALVARY CHRISTIAN SCHOOL

CANTON ISD
CANUTILLO INDEPENDENT SCHOOL DISTRICT

CARLISLE ISD
CARROLL INDEPENDENT SCHOOL DISTRICT

CARROLLTON-FARMERS BRANCH ISD
CASTLEBERRY INDEPENDANT SCHOOL DISTRICT

CAYUGA ISD
CEDAR HILL INDEPENDENT SCHOOL DISTRICT

CELESTE ISD
CENTER ISD

CENTERVILLE INDEPENDENT SCHOOL DISTRICT
CENTRAL CATHOLIC ELEMENTARY

CENTRAL HEIGHTS ISD
CENTRAL ISD

CHAPEL HILL ISD
CHEROKEE ISD

CHICO ISD
CHIRENO ISD

CHRISTIAN HERITAGE SCHOOL OF LONGVIEW
CISTERCIAN PREPARATORY SCHOOL

CLAUDE ISD
CLEAR CREEK INDEPENDENT SCHOOL DISTRICT

CLEAR CREEK INDEPENDENT SCHOOL DISTRICT
CLEBURNE INDEPENDENT SCHOOL DISTRICT

CLIFTON I.S.D.
CLINT INDEPENDENT SCHOOL DISTRICT

CLYDE CISD
COLDSPRING OAKHURST CISD

3

COMAL INDEPENDENT SCHOOL DISTRICT
COMFORT INDEPENDENT SCHOOL DISTRICT

COMMERCE ISD
COMMUNITIES IN SCHOOLS OF SOUTH CENTRAL TEXAS, INC

CONCORDIA LUTHERAN SCHOOL
CONROE ISD

COPPELL INDEPENDENT SCHOOL DISTRICT
CORPUS CHRISTI INDEPENDENT SCHOOL DISTRICT

COUNTRY BIBLE CHURCH
CROSBY INDEPENDENT SCHOOL DISTRICT

CROSS ROADS ISD
CROWLEY INDEPENDENT SCHOOL DISTRICT

CRYSTAL CITY INDEPENDENT SCH DISTRICT
CUMBERLAND ACADEMY

CUSHING ISD
CYPRESS-FAIRBANKS I.S.D.

DALLAS INDEPENDENT SCHOOL DISTRICT
DALLAS ISD

DAYTON INDEPENDENT SCHOOL DISTRICT
DECATUR INTERMEDIATE SCHOOL

DEER PARK INDEPENDENT SCHOOL DISTRICT
DEER PARK ISD

DEL VALLE INDEPENDENT SCHOOL DISTRICT
DENISON ISD

DENTON INDEPENDENT SCHOOL DISTRICT
DESOTO INDEPENDENT SCHOOL DISTRICT

DEW ISD
DIBOLL ISD

DONNA INDEPENDENT SCHOOL DISTRICT
DUNCANVILLE INDEPENDENT SCHOOL DISTRICT

EAGLE MOUNTIAN-SAGINAW ISD
EAGLE PASS ISD

EANES INDEPENDENT SCHOOL DISTRICT
EAST BERNARD ISD

EAST CENTRAL ISD
EAST CHAMBERS ISD

ECTOR COUNTY INDEPENDENT SCHOOL DISTRICT
EDGEWOOD I.S.D.

EDGEWOOD INDEPENDENT SCHOOL DISTRICT
EDINBURG CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

EDUCATION SERVICE CENTER REG XV
EDUCATIONAL LEADERSHIP, INC.

EL PASO ACADEMY
EL PASO INDEPENDEND SCHOOL DISTRICT

ELGIN ISD
EPISCOPAL SCHOOL

EPISCOPAL SCHOOL OF DALLAS
FAITH ACADEMY OF BELLVILLE

FAITH FAMILY ACADEMY OF OAK CLIFF
FERRIS ISD

FIRST CHRISTIAN ACADEMY
FIRST PRESBYTERIAN CHURCH

FIRST UNITED METHODIST CHURCH
FLATONIA ISD

FLORENCE INDEPENDENT SCHOOL DISTRICT
FLORESVILLE ISD

FLOUR BLUFF INDEPENDENT SCHOOL DISTRICT
FOLLETT INDEPENDANT SCHOOL DISTRICT

FORDIE WILLIS HELPING HAND FOUNDATION INC
FORNEY INDEPENDENT SCHOOL DISTRICT

FORT WORTH ISD
FREDERICKSBURG INDEPENDENT SCHOOL DISTRICT

FRENSHIP ISD
FRIENDSWOOD ISD

FRISCO EDUCATION FOUNDATION
FRISCO ISD

FRUITVALE ISD
GAINESVILLE ISD

GALENA PARK ISD
GALVESTON COUNTY COMMUNITY ACTION COUNCIL INC.

GALVESTON ISD
GANADO ISD

GARDEN VALLEY SCHOOL DIVISION
GARLAND INDEPENDENT SCHOOL DISTRICT

GARRISON INDEPENDENT SCHOOL DISTRICT
GEORGETOWN ISD

GODLEY INDEPENDENT SCHOOL DISTRICT
GOLDEN RULE CHARTER SCHOOL

GOLIAD INDEPENDANT SCHOOL DISTRICT
GONZALES ISD

GRAHAM ISD
GRAND PRAIRIE ISD

GRAND SALINE ISD
GRAPE CREEK ISD

GRAPEVINE-COLLEYVILLE ISD
GREENHILL SCHOOL

GREENVILLE INDEPENDENT SCHOOL DIST.
GRUVER ISD

HALLSVILLE INDEPENDENT SCHOOL DISTRICT
HAMSHIRE-FANNETT ISD

HARLANDALE INDEPENDENT SCHOOL DISTRICT
HARLINGEN CISD

HARMONY ISD
HARRIS COUNTY DEPT. OF EDUCATION

HAWKINS INDEPENDENT SCHOLL DISTRICT
HAYS CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

HEMPHILL ISD
HENDERSON INDEPENDENT SCHOOL DISTRICT

HIGHLAND PARK INDEPENDENT SCHOOL DISTRICT
HOLY FAMILY CATHOLIC SCHOOL

HONORS ACADEMY
HOUSTON INDEPENDENT SCHOOL DISTRICT

HUFFMAN INDEPENDENT SCHOOL DISTRICT
HUMBLE ISD

HUNTINGTON ISD
HUNTSVILLE INDEPENDENT SCHOOL DISTRICT

HURST EULESS BEDFORD SCHOOL DISTRICT
HURST-EULESS-BEDFORD ISD

HUTTO INDEPENDENT SCHOOL DISTRICT
IDEAPUBLICSCHOOLS

INCARNATE WORD ACADEMY
IOWA PARK CONSOLIDATED ISD

IRION CO ISD
IRVING INDEPENDENT SCHOOL DISTRICT

JACKSBORO ISD
JACKSONVILLE ISD

JARRELL INDEPENDENT SCHOOL DISTRICT
JEFFERSON ISD

JIM NED CISD
JOHN H WOOD JR PUBLIC CHARTER DISTRICT

JOSHUA ISD
JOURDANTON ISD

JUDSON INDEPENDENT SCHOOL DISTRICT
JUNCTION ISD

KARNES CITY ISD
KATY INDEPENDENT SCHOOL DISTRICT

KAUFMAN ISD
KELLER INDEPENDENT SCHOOL DISTRICT

KEMP ISD
KERRVILLE I S D

KILGORE ISD
KILLEEN INDPENDENT SCHOOL DISTRICT

KLEIN INDEPENDENT SCHOOL DISTRICT
KLONDIKE ISD

KREATIVE KIDS ACADEMY
KRUM INDEPENDENT SCHOOL DISTRICT

LA FE COMMUNITY DEVELOPMENT CORPORATION
LA FERIA IND. SCHOOL DISTRICT

LA GRANGE INDEPENDENT SCHOOL DISTRICT
LA JOYA INDEPENDENT SCHOOL DISTRICT

LA MARQUE ISD
LA VEGA INDEPENDENT SCHOOL DISTRICT

LA VERNIA I.S.D.
LAKE DALLAS INDEPENDENT SCHOOL DISTRICT

LAKE HIGHLANDS AREA BAND CLUB
LAKE TRAVIS ISD

LAKE WORTH ISD
LAMAR CONSOLIDATED ISD

LAMPASAS INDEPENDENT SCHOOL DISTRICT
LANCASTER ISD

LANEVILLE ISD
LAPOYNOR ISD

LAREDO INDEPENDENT SCHOOL DISTRICT
LEANDER INDEPENDENT SCHOOL DISTRICT

LEANDER ISD
LEWISVILLE ISD

LEXINGTON INDEPENDENT SCHOOL DISTRICT
LIBERTY HILL ISD

LIBERTY-EYLAU ISD
LIFE SCHOOL

LIFT EDUCATION D/B/A UPLIFT EDUCATION
LINDALE ISD

LITTLE CYPRESS INTERMEDIATE
LITTLE ELM I.S.D.

LIVINGSTON ISD
LLANO INDEPENDENT SCHOOL DISTRICT

LOCKHART ISD
LONDON ISD

LONGVIEW INDEPENDENT SCHOOL DIST
LOVEJOY ISD

LUBBOCK INDEPENDENT SCHOOL DISTRICT
LYFORD CISD

MAGNOLIA ELEMENTARY SCHOOL
MALAKOFF ISD

MANOR ISD
MANSFIELD ISD

MARBLE FALLS INDEPENDENT SCHOOL DISTRICT
MARLIN INDEPENDENT SCHOOL DISTRICT

MART INDEPENDENT SCHOOL DISTRICT
MARTINS MILL ISD

MATAGORDA IND SCHOOL DIST
MCALLEN INDEPENDENT SCHOOL DISTRICT

MCKINNEY INDEPENDENT SCHOOL DISTRICT
MCLEOD ISD

MCMULLEN COUNTY ISD
MEMPHIS ISD

MERCEDES ISD
MESQUITE ISD

MIDLAND INDEPENDENT SCHOOL DISTRICT
MIDLOTHIAN INDEPENDENT SCHOOL DISTRICT

MINEOLA ISD
MISSION CONSOLIDATED INDEPENDENT SCHOOL DISTRICT

MONTES SCHOOL AT HILLCREST
MONTGOMERY ISD

MOUNT PLEASANT INDEPENDENT SCHOOL DISTRICT
MT. ENTERPRISE I. S. D.

MURCHISON ISD
NACOGDOCHES IND. SCHOOL DIST.

NECHES ISD
NEEDVILLE ISD

NEW BRAUNFELS INDEPENDENT SCHOOL DISTRICT
NEW CANEY ISD

NEW DEAL INDEPENDENT SCHOOL DISTRICT
NORTH EAST INDEPENDENT SCHOOL DISTRICT

NORTH EAST INDEPENDENT SCHOOL DISTRICT
NORTH LAMAR ISD

NORTHWEST HILLS CHRISTIAN SCHOOL
NORTHWEST INDEPENDENT SCHOOL DISTRICT

NYOS CHARTER SCHOOL INC.
OAKWOOD I.S.D.

ORE CITY ISD
OUR REDEEMER LUTHERAN CHURCH AND SCHOOL

PALESTINE ISD
PANOLA CHARTER SCHOOL

PASADENA INDEPENDENT SCHOOL DISTRICT
PEARLAND ISD

PERRYTON INDEPENDENT SCHOOL DISTRICT
PFLUGERVILLE ISD

PHARR-SAN JUAN-ALAMO INDEPENDENT SCHOOL DISTRICT
PHOENIX CHARTER SCHOOL

PINE TREE INDEPENDENT SCH DISTRIC
PINEYWOODS COMMUNITY ACADEMY

PIPE CREEK CHRISTIAN SCHOOL
PLANO INDEPENDENT SCHOOL DISTRICT

PLAY N LEARN CHRISTIAN ACDEMY
PLEASANT GROVE INDEPENDENT SCHOOL DISTRICT

PLEASANTON I.S.D.
PONDER INDEPENDENT SCHOOL DISTRICT

PORT ARANSAS I.S.D.
PRAIRIE LEA INDEPENDENT SCHOOL DISTRICT

PRESIDIO ISD
PRINCE OF PEACE CHRISTIAN SCHOOL

PROGRESO INDEPENDENT SCHOOL DISTRICT
PROSPER ISD

QUITMAN ISD
RAINS INDEPENDENT SCHOOL DISTRICT

RANDOLPH FIELD ISD
RAYMONDVILLE INDPENDENT SCHOOL DISTRICT

RED OAK ISD BUS BARN
RESPONSIVE EDUCATION SOLUTIONS

RICHARDSON INDEPENDENT SCHOOL DISTRICT
RIO HONDO ISD

RIO VISTA ISD
RIVERCREST PRIVATE SCHOOL

RIVIERA INDEPENDENT SCHOOL DISTRICT
ROBERT LEE INDEPENDENT SCHOOL DISTRICT

ROBINSON INDEPENDENT SCHOOL DISTRICT
ROBSTOWN ISD

ROCKDALE ISD
ROCKSPRINGS ISD

ROCKWALL ISD
ROSEBUD-LOTT ISD

ROUND ROCK INDEPENDENT SCHOOL DISTRICT
ROYAL ISD

RUSK INDEPENDENT SCHOOL DISTRICT
SABINE ISD

SAINT MARYS HALL SCHOOL
SAINTS PETER AND PAUL CATHOLIC SCHOOL

SALADO INDEPENDENT SCHOOL DISTRICT
SAN ANGELO INDEPENDENT SCHOOL DISTRICT

SAN ANTONIO ISD
SAN BENITO CISD

SAN BENITO K12 SCHOOLS
SAN ELIZARIO INDEPENDENT SCHOOL DISTRICT

SAN FELIPE DEL RIO C.I.S.D.
SAN MARCOS CONSOLIDATED INDEPENDENT SCH. DIST.

SANDS CISD
SANGER ISD

SANTA FE ISD
SANTA ROSA ISD

SCHLEICHER COUNTY ISD
SCHULENBURG ISD

SEGUIN INDEPENDENT SCHOOL DISTRICT
SEMINOLE ISD

SHELDON ISD
SHERMAN INDEPENDENT SCHOOL DISTRICT

SINTON INDEPENDENT SCHOOL DISTRICT
SLATON ISD

SLOCUM INDEPENDENT SCHOOL DISTRICT
SNYDER I.S.D.

SOCORRO INDEPENDENT SCHOOL DISTRICT
SOMERSET ISD

SOUTHSIDE ISD
SOUTHWEST COLLEGIATE INSTITUTE FOR THE DEAF

SOUTHWEST I S D
SPRING BRANCH INDEPENDENT SCHOOL DISTRICT

SPRING GARDEN ELEMENTARY PTA
SPRING HILL ISD

SPRINGTOWN ISD
ST MARYS CATHOLIC SCHOOL

ST. ANNE CATHOLIC SCHOOL
ST. FRANCIS SCHOOL

ST. GEORGE EPISCOPAL SCHOOL
ST. JAMES DAY SCHOOL

ST. JOHNS SCHOOL
ST. LUKE CATHOLIC SCHOOL

ST. PIUS X CATHOLIC SCHOOL
STANTON ISD

STEPHENVILLE ISD
STERLING CITY ISD

SUNRAY ISD
SWEETWATER ISD

TAFT INDEPENDENT SCHOOL DISTRICT
TAYLOR INDEPENDENT SCHOOL DISTRICT

TENAHA INDEPENDENT SCHOOL DISTRICT
TEXANS CAN

TEXARKANA INDEPENDENT SCHOOL DISTRICT
TEXAS ASSOCIATION OF SCHOOL BUSINESS OFFICIALS

TEXAS CITY INDEPENDENT SCHOOL DISTRICT
TEXAS CONFERENCE

TEXOMA CHRISTIAN SCHOOL
THE HIGHLANDS SCHOOL

THE SHLENKER SCHOOL
THE WINSTON SCHOOL SAN ANTONIO

THE WOODLANDS CHRISTIAN ACADMEY
THREE RIVERS ISD

TMI-THE EPISCOPAL SCHOOL OF TEXAS
TOMBALL ISD

TORNILLO INDEPENDENT SCHOOL DISTRICT
TRINIDAD INDEPENDENT SCHOOL DISTRICT

TULIA ISD
UNITED INDEPENDENT SCHOOL DISTRICT

URSULINE ACADEMY OF DALLAS
UVALDE CONSOLIDATED SCHOOL DISTRICT

VALLEY MILLS ISD
VALLEY RANCH ELEMENTARY

VAN INDEPENDENT SCHOOL DISTRICT
VAN VLECK ISD

VEGA ISD
VICTORIA CHRISTIAN SCHOOL

VIDOR INDEPENDENT SCHOOL DISTRICT
VYSEHRAD INDEPENDENT SCHOOL DISTRICT

WACO INDEPENDENT SCHOOL DISTRICT
WALLER ISD

WASKOM INDEPENDENT SCHOOL DISTRICT
WAXAHACHIE FAITH FAMILY ACADEMY

WAXAHACHIE ISD
WEATHERFORD ISD BUS BARN

WELLINGTON ISD
WELLS I.S.D.

WEST DALLAS INITIATIVE/WEST DALLAS COMMUNITY SCHO
WEST OSO I.S.D.

WHEELER ISD
WHITE OAK ISD

WHITNEY I.S.D.
WICHITA FALLS ISD

WILLIS INDEPENDENT SCHOOL DISTRICT
WIMBERLEY ISD

WINONA INDEPENDENT SCHOOL DISTRICT
WODEN ISD

WONDERLAND EDUCATIONAL ESTATE ASSOCIATION
WYLIE INDEPENDENT SCHOOL DISTRICT (ABILENE)

WYLIE INDEPENDENT SCHOOL DISTRICT (WYLIE)
YANTIS I.S.D.

YSLETA INDEPENDENT SCHOOL DISTRICT
YSLETA ISD

**Select a State:** | Florida ▾ | Please Select a State

**Registered Agencies in Florida**                                    **Export List To:**

13

☑ Cities, Towns, Villages and Boroughs

☑ Counties and Parishes

☒ K - 12

ACADEMY AT THE LAKES

ACADEMY OF THE HOLY NAMES
ACND HIGH SCHOOL

ALEE ACADEMY
ALL ANGELS EPISCOPAL CHURCH

ANNUNCIATION CATHOLIC SCHOOL
ARLINGTON COUNTY DAY SCHOOL

ARTHUR I. MEYER JEWISH ACADEMY INC
ATLANTIS ACADEMY

BAKER COUNTY SCHOOL BOARD
BALERE LANGUAGE ACADEMY

BAY DISTRICT SCHOOLS
BAY HAVEN CHARTER ACADEMY

BELEN JESUIT PREPARATORY SCHOOL
BEN GAMLA CHARTER SCHOOL

BEREAN CHRISTIAN SCHOOL
BERKELEY PREPARATORY SCHOOL

BETHANY BAPTIST CHURCH/BREVARD CHRISTIAN SCHOOL
BLOSSOM MONTESSORI SCHOOL FOR THE DEAF

BOCA RATON CHRISTIAN SCHOOL, INC.
BOLLES SCHOOL

BOYS AND GIRLS CLUBS OF LAKELAND AND MULBERRY
BRADENTON CHRISTIAN SCHOOL

BREVARD COUNTY SCHOOL BOARD
BRIGHT FUTURES INTERNATIONAL CHARTER SCHOOL

CALHOUN COUNTY SCHOOL DISTRICT
CALVARY BAPTIST CHURCH

CAMBRIDGE CHRISTIAN SCHOOL

14

CARL SAGAN ACADEMY

CARROLLTON SCHOOL OF THE SACRED HEART
CATHEDRAL SCHOOL OF ST. JUDE

CENTER FOR EDUCATION MONTESSORI SCHOOL
CHARLOTTE ACADEMY

CHARLOTTE COUNTY PUBLIC SCHOOLS
CHARTER ON THE BEACH MIDDLE SCHOOL

CHARTER SCHOOL OF TAMPA BAY ACADEMY
CITRUS COUNTY SCHOOL BOARD

CLAY COUNTY SCHOOL BOARD
COLLIER COUNTY PUBLIC SCHOOLS

COLUMBIA COUNTY SCHOOL DISTRICT
COMMUNITY EDUCATION ALLIANCE, INC.

CROOMS SCHOOL INFORMATION TECHNOLOGY
DELRAY YOUTH VOCATIONAL CHRT SCHL

DELTAS CHRISTIAN SCHOOL OF EXCELLENCE
DESOTO COUNTY PUBLIC SCHOOL SYSTEM

DIOCESE OF ST. PETERSBURG
DISCOVERY ACADEMY OF LAKE ALFRED

DISCOVERY MONTESSORI SCHOOL
DISTRICT SCHOOL BOARD OF HENDRY CO

DISTRICT SCHOOL BOARD OF TAYLOR COUNTY
DIVINE SAVIOR CHURCH AND ACADEMY

DIXIE COUNTY SCHOOL BOARD
DONNA KLEIN JEWISH ACADEMY

DUVAL COUNTY PUBLIC SCHOOLS
EPIPHANY CATHEDRAL SCHOOL

EVANGELICAL CHRISTIAN SCHOOL
FIRST COAST TECHNICAL INST

FLAGLER COUNTY PUBLIC SCHOOL DISTRICT
FLORIDA INTERNATIONAL ACADEMY

FLORIDA VIRTUAL SCHOOL
FOREST LAKE ACADEMY

FOUNDATION FOR LEE COUNTY
FRANKLIN COUNTY DISTRICT SCHOOL BOARD

GADSDEN COUNTY SCHOOL BOARD
GILCHRIST COUNTY PUBLIC SCHOOL DISTRICT

GLEN SPRINGS ELEMENTARY
GRACE CHRISTIAN SCHOOL OF PASCO

GRACE COMMUNITY CHURCH AND SCHOOL
GRACE LUTHERAN CHURCH AND SCHOOL

GULF COUNTY SCHOOL BOARD
GUNNERY ROAD BAPTIST CHURCH

HAMPDEN DUBOSE ACADEMY
HARDEE COUNTY SCHOOL BOARD

HEBREW ACADEMY COMMUNITY SCHOOL
HERNANDO COUNTY SCHOOL BOARD

HOLLYWOOD ART AND CULTURE CENTER
HOLMES DISTRICT SCHOOL BOARD

HOLY NATIVITY EPISCOPAL PRIVATE SCHOOL INC.
HOLY TRINITY EPISCOPAL ACADEMY, INC.

HOPE COMMUNITY DEVELOPMENT CORPORATION
INTERACTIVE EDUCATION ACADEMY

JACKSON COUNTY OF SCHOOL BOARD
JEFFERSON COUNTY SCHOOL BOARD

JESUIT HIGH SCHOOL
JOHN CARROLL HIGH SCHOOL

JULIE ROHR ACADEMY
KENTWOOD PREPARATORY SCHOOL

LAFAYETTE COUNTY SCHOOL BOARD
LAKE CITY CHRISTIAN ACADEMY

LAKE COUNTY SCHOOL BOARD
LAKE COUNTY SCHOOLS

LAKE HIGHLAND PREPARATORY SCHOOL
LAKE MARY PREPERATORY SCHOOL

LAKE PARK BAPTIST SCHOOL
LAKE WALES HIGH SCHOOL

LAUDERDALE LAKES ACADEMY, DBA EAGLE ACADEMY
LAWRENCE ACADEMY INC

LEADERS PREPARATORY SCHOOL
LEHRMAN COMMUNITY DAY SCHOOL

LIBERTY COUNTY SCHOOL BOARD
LIFE ASSEMBLY OF GOD

LLT ACADEMY
MADISON COUNTY SCHOOL BOARD

MARION COUNTY SCHOOL BOARD
MARY HELP OF CHRISTIANS CATHOLIC SCHOOL

MCFATTER TECHNICAL CENTER
MCKEEL ACADEMY OF TECHNOLOGY

MIAMI-DADE COUNTY PUBLIC SCHOOLS
MILESTONES COMMUNITY SCHOOL OF LAKE COUNTY, INC.

MONROE COUNTY SCHOOL DISTRICT
MONROE COUNTY SCHOOLS

MSGR. PACE HIGH SCHOOL
NAPLES CHRISTIAN ACADEMY

NEW MILLENNIUM ACADEMY
NORTHSIDE CHRISTIAN SCHOOL

ODYSSEY CHARTER SCHOOL
OKALOOSA ACADEMY

OKALOOSA COUNTY SCHOOL DISTRICT
OKEECHOBEE COUNTY SCHOOL BOARD

ORANGE COUNTY PUBLIC SCHOOL
ORANGE COUNTY PUBLIC SCHOOLS

ORANGE PARK HIGH SCHOOL
OUT-OF-DOOR ACADEMY

PALM BAY ACADEMY CHARTER SCHOOL
PALM BEACH COUNTY SCHOOL DISTRICT

PALM HARBOR UNITED METHODIST CHURCH INC
PASCO COUNTY SCHOOL DISTRICT BOARD

PENSACOLA BEACH ELEMENTARY CHARTER SCHOOL
PINE CREST PREPARATORY SCHOOL, INC.

PINEWOOD ACRES SCHOOL
PORT CHARLOTTE CHRISTIAN SCHOOL

PREMIER ACADEMY
PROVIDENCE CHRISTIAN SCHOOL

PUTNAM COUNTY SCHOOL DISTRICT
RANSOM EVERGLADES SCHOOL

RAYS OF HOPE CHARTER SCHOOL, INC.
REGENCY CHRISTIAN ACADEMY

17

RIVERSIDE PRESBYTERIAN DAY SCHOOL
ROBINSON HIGH SCHOOL PTSA

ROSEMONT ACADEMY
SAFETY HARBOR MONTESSORI ACADEMY

SAINT MARK CATHOLIC SCHOOL
SAINT PAULS SCHOOL

SANTA ROSA COUNTY SCHOOL DISTRICT
SARASOTA WALDORF SCHOOL

SCHOOL BOARD OF ALACHUA COUNTY
SCHOOL BOARD OF BRADFORD COUNTY

SCHOOL BOARD OF BROWARD COUNTY, FLORIDA
SCHOOL BOARD OF HERNANDO COUNTY

SCHOOL BOARD OF LEVY COUNTY
SCHOOL BOARD OF MARTIN COUNTY

SCHOOL BOARD OF MIAMI DADE COUNTY
SCHOOL BOARD OF NASSAU COUNTY

SCHOOL BOARD OF PINELLAS COUNTY FLORIDA
SCHOOL BOARD OF POLK COUNTY

SCHOOL BOARD OF SARASOTA COUNTY
SCHOOL DISTRICT OF HILLSBOROUGH COUNTY

SCHOOL DISTRICT OF INDIAN RIVER
SCHOOL DISTRICT OF LEON COUNTY

SCHOOL DISTRICT OF MANATEE COUNTY
SCHOOL DISTRICT OF OSCEOLA COUNTY

SCHOOL DISTRICT OF PALM BEACH COUNTY
SEACREST SCHOOL, INC.

SEMINOLE COUNTY PUBLIC SCHOOLS
SERVE VOLUNTEERS IN EDUCATION

SHEKINAH CHRISTIAN ACADEMY
SHORECREST PREPARATORY SCHOOL

SMART SCHOOL, INC.
SOUTH TECH CHARTER ACADEMY, INC.

ST ANDREWS CATHOLIC SCHOOL
ST JOSEPHS EPISCOPAL SCHOOL

ST MICHAELS INDEPENDENT SCHOOL
ST PAULS EPISCOPAL SCHOOL

ST PETERSBURG CATHOLIC HIGH SCHOOL
ST. BARNABAS EPISCOPAL SCHOOL

ST. BRENDAN ELEMENTARY SCHOOL
ST. CLARE SCHOOL

ST. JOHNS COUNTY SCHOOL DISTRICT
ST. JOHNS COUNTY SCHOOL DISTRICT

ST. JOSEPH CATHOLIC SCHOOL
ST. JUDE CATHDERAL SCHOOL

ST. LAVERE'S PREPARATORY SCHOOL
ST. LUCIE SCHOOL BOARD

ST. MATHEWS LUTHERAN CHURCH AND SCHOOL
ST. NICHOLAS ORTHODOX CHRISTIAN SCHOOL, INC.

ST. PETERSBURG CHRISTIAN SCHOOL
SUMTER COUNTY SCHOOL BOARD

SUWANNEE COUNTY SCHOOL BOARD
TAPESTRY PARK CHARTER SCHOOL

TEMPLE BETH AM
TEMPLE BETH EMET

THE GENEVA SCHOOL INC.
THE KINGS ACADEMY, INC.

THE MASTER'S ACADEMY OF CENTRAL FLORIDA, INC.
THE ROCK OF GAINESVILLE

THE SCHOOL BOARD OF HIGHLANDS COUNTY
THE SCHOOL DISTRICT OF ESCAMBIA COUNTY

THE SCHOOL DISTRICT OF LEE CO.
TREASURE VILLAGE MONTESSORI

TRINITY PREPARATORY SCHOOL OF FLORIDA, INC
UNION COUNTY SCHOOL BOARD

VENICE-NOKOMIS SEVENTH-DAY ADVENTIST CHURCH
VOLUSIA COUNTY SCHOOL BOARD

WAKULLA COUNTY SCHOOL BOARD
WALTON COUNTY SCHOOL DISTRICT

WASHINGTON COUNTY SCHOOL BOARD
WELLINGTON CHRISTIAN SCHOOL

WILLIAM A. KIRLEW JUNIOR ACADEMY
YOUTH CO-OP CHARTER SCHOOL