IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DAVID SHERWIN | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 09-cv-2177 (JDB) ) |
| OFFICE DEPOT INC., | ) **FILED UNDER SEAL** ) |
| Defendant. | ) ) ) |

## NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, 31 U.S.C. § 3730(b)(1) allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action upon a showing of good cause at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other submissions on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, those submissions are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order accompanies this Notice.

          Respectfully submitted,

          TONY A. WEST
          Assistant Attorney General
          Civil Division

          RONALD C. MACHEN JR.
          United States Attorney
          District of Columbia

          RUDOLPH CONTRERAS, D.C. Bar # 434122
          Civil Chief

          _/s/_____
          LAURIE WEINSTEIN, D.C. Bar # 389511
          Assistant United States Attorneys
          555 Fourth Street, NW, E 4820
          Washington, DC  20530
          Telephone: (202)524-7133
          Laurie.Weinstein2@usdoj.gov

          JOYCE R. BRANDA, D.C. Bar # 246363
          RENÉE BROOKER
          DOUGLAS J. ROSENTHAL
          United States Department of Justice
          Commercial Litigation Branch
          P.O. Box 261, Ben Franklin Station
          Washington, D.C. 20044
          (202) 305-2073

Dated: January 25, 2012          Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ) <br> DAVID SHERWIN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICE DEPOT, Inc., ) <br> ) <br> Defendant. ) <br> _____) | Civ. No. 09-cv-2177 (JDB) |

## ORDER

Having received Notice of the United States' election to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS HEREBY ORDERED that

1. the Complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator shall serve upon the defendant only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action upon a showing of good cause at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States;

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED this _____ day of _____, 2012.

_____
HON. JOHN D. BATES
United States District Court Judge

**copies to**:

Laurie Weinstein
Assistant United States Attorney
555 Fourth Street, N.W., Room E4820
Washington, D.C. 20530
Laurie.Weinstein2@usdoj.gov

Douglas J. Rosenthal
United States Department of Justice
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044

Altomease Kennedy, Esq.
McKnight & Kennedy, LLC
8601 Georgia Avenue
Suite 1010
Silver Spring, MD 20910

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January 2012, a true and correct copy of the above and foregoing **Notice of Election to Decline Intervention** and proposed Order was served by first-class mail, postage pre-paid to:

>Altomease Kennedy, Esq.
>McKnight & Kennedy, LLC
>8601 Georgia Avenue
>Suite 1010
>Silver Spring, MD 20910

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, the defendant has not been served with copies of the foregoing Notice.

_____
LAURIE WEINSTEIN
Assistant United States Attorney
555 Fourth Street, N.W., Room E4820
Washington, D.C. 20530
202-514-7133