UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel.,  )<br>DAVID SHERMAN                                )<br>                                                             )<br>                        Plaintiff,               )<br>                                                             )<br>v.                                                         )<br>                                                             )<br>OFFICE DEPOT,                               )<br>                                                             )<br>                        Defendant.          )<br>_____ ) | Civil Action No. 09-2177 (ABJ)<br><br>S E A L E D |

**FILED**
JAN 27 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**AMENDED ORDER**

Having received Notice of the United States' election to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and having considered plaintiff/relator's motion for a three month extension of the seal [12], the Court rules as follows:

It is **ORDERED** that

1. The complaint shall be unsealed on February 27, 2012 and served upon the defendant by the relator on or before that date;

2. Neither the motion for the extension of the seal nor the memorandum in support of the motion proffer any grounds for the continuation of the seal or for delaying the service of the complaint; any motion to extend those dates further must be filed by February 24, 2012 and must supply good cause for the relief sought.

3. All other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which shall be unsealed on

February 27, 2012 and the relator shall serve upon the defendant only after service of the complaint;

4. The seal be lifted as to all other matters occurring in this action after the date of this order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts at its expense and may move to intervene in this action upon a showing of good cause at any time;

6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court shall be sent to the United States;

8. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the party seeking dismissal must file a notice with the Court indicating that it has solicited the written consent of the United States, and the United States shall notify the Court of its position in writing within 21 days of the filing of the notice.

_____
AMY BERMAN JACKSON
United States District Judge

DATE: 1/27/2012

Copies to:

    Laurie Weinstein, Esquire
Assistant U.S. Attorney for the District
 of Columbia
555 Fourth Street, N. W., Room E4820
Washington, D. C. 20530

    Douglas J. Rosenthal, Esquire
Jennifer Short, Esquire
U.S. Department of Justice
Commercial Litigation Branch
10th & Constitution Avenue, N. W.
Washington, D. C. 20530

    Altomease R. Kennedy, Esquire
McKnight & Kennedy, LLC
8601 Georgia Avenue, Suite 1010
Silver Spring, Maryland 20910